**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell | CHAPTER 13 |
| Lindsey L. Darnell | BKY. NO. 23-20387 CMB |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Aurora Financial Group, Inc.

Respectfully submitted,


/s/ Brian C. Nicholas
Brian Nicholas
10 Mar 2023, 12:53:11, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com