**resurgent** capital services

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-20387

DEBTOR(S):

CHADWICK S DARNELL

LINDSEY L DARNELL

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 40 IN THE AMOUNT OF $6,735.76

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/3/2023