IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | Case No. 23-20387 CMB |
| Chadwick S. Darnell ) | Chapter 13 |
| Lindsey L. Darnell, ) | |
| Debtor(s) ) | Hearing Date and Time: |
| ) | June 29, 2023 at 2:00 p.m. |

### CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JUNE 1, 2023

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 1, 2023

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                     Respectfully submitted,

June 1, 2023                                       /s/ Kenneth Steidl
DATE                                                 Kenneth Steidl, Esquire
                                                       Attorney for the Debtor(s)
                                                       STEIDL & STEINBERG
                                                     Suite 2830 – Gulf Tower
                                                     707 Grant Street
                                                     Pittsburgh, PA  15219
                                                     (412) 391-8000
                                                     ken.steidl@steidl-steinberg.com
                                                     PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 23-20387-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jun  1 12:49:59 EDT 2023 | AES/NET<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | AES/PHEAA<br>PO Box 61047<br>Harrisburg, PA 17106-1047 |
| AMEX<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Affirm<br>650 California Street, Floor 12<br>San Francisco, CA 94108-2716 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial, Inc<br>Attn: Bankruptcy<br>500 Woodard Ave<br>Detroit, MI 48226-3416 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Apple Card/GSBank USA<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-0001 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Best Buy/CBNA<br>50 Northwest Point Rd.<br>Elk Grove Village, IL 60007-1032 | CB Indigo/GF<br>PO Box 4499<br>Beaverton, OR 97076-4499 |
| CW Nexus Credit Card Holdings 1, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | CWS/CW/NEXUS<br>101 Crossways Park Dr. W<br>Woodbury, NY 11797-2020 | Cap1/WMT<br>PO Box 32193<br>Salt Lake City, UT 84131 |
| Cap1/WSI<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Auto Finance<br>PO Box 259407<br>Plano, TX 75025-9407 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 |
| Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 |

| | | |
|---|---|---|
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity Bank/Bonton<br>PO Box182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Pier 1<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Pier 1<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Capital/Carter<br>PO Box 182120<br>Columbus, OH 43218-2120 |
| Commenity Bank/AnnTyler<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Chadwick S. Darnell<br>605 November Drive<br>Pittsburgh, PA 15239-1175 | Lindsey L. Darnell<br>605 November Drive<br>Pittsburgh, PA 15239-1175 |
| Department of Education/Nelnet<br>121 S 13th Street<br>Lincoln, NE 68508-1904 | Discover Bank/Discover Products Inc.<br>P.O. Box 3025<br>New Albany OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 | Dollar Bank<br>2700 Liberty Ave<br>Pittsburgh, PA 15222-4700 | Dollar Bank<br>3 Gateway Center<br>Pittsburgh, PA 15222 |
| Dollar Bank<br>Attn: Bankruptcy<br>401 Liberty Ave<br>Pittsburgh, PA 15222-1000 | Dollar Bank*<br>Three Gateway Center<br>Collections Department<br>Pittsburgh, PA 15222 | Dollar Bank**<br>300 West Tuscarawas Street<br>Canton, OH 44702-1911 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (p)KERI EBECK<br>ATTN KERI EBECK<br>601 GRANT STREET<br>9TH FLOOR<br>PITTSBURGH PA 15219-4430 | Feb Destiny/ GF<br>15220 NW Greenbrier pkwy<br>Beaverton, OR 97006-5744 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave.<br>Sioux Falls, SD 57104-4868 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Goldman Sachs Bank USA/Apple<br>Lockbox 6112<br>Philadelphia, PA 19170-0001 | Internal Revenue Service***<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

```
JPMorgan Chase Bank, N.A.              (p)KLARNA INC                        Kohls/Capone
s/b/m/t Chase Bank USA, N.A.           ATTN BANKRUPTCY                      N56 Ridgewood Dr.
c/o National Bankruptcy Services, LLC  PO BOX 8116                          Menomonee Falls, WI 53051
P.O. Box 9013                          COLUMBUS OH 43201-0116
Addison, Texas 75001-9013


LVNV Funding, LLC                      (p)DSNB MACY S                       Macys/fdsb
Resurgent Capital Services             CITIBANK                             Po Box 6789
PO Box 10587                           1000 TECHNOLOGY DRIVE MS 777         Sioux Falls, SD 57117-6789
Greenville, SC 29603-0587              O FALLON MO 63368-2222



Merrick Bank                           Brian Nicholas                       Office of the United States Trustee
PO Box 9201                            KML Law Group, P.C.                  Liberty Center.
Old Bethpage, NY 11804-9001            701 Market Street                    1001 Liberty Avenue, Suite 970
                                       Suite 5000                           Pittsburgh, PA 15222-3721
                                       Philadelphia, PA 19106-1541


PA Department of Revenue               PHEAA                                PRA Receivables Management, LLC
Bureau of Individual Taxes             PO Box 8147                          PO Box 41021
Po Box 28121                           Harrisburg, PA 17105-8147            Norfolk, VA 23541-1021
Harrisburg, PA 17128-1210



Pennsylvania Department of Revenue     Pennsylvania Dept. of Revenue        (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division                    Department 280946                    PO BOX 41067
P.O. Box 280946                        P.O. Box 280946                      NORFOLK VA 23541-1067
Harrisburg, PA 17128-0946              ATTN: BANKRUPTCY DIVISION
                                       Harrisburg, PA 17128-0946


Premier Bankcard, LLC                  Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
Jefferson Capital Systems LLC Assignee Comenity Bank                        Comenity Capital Bank
Po Box 7999                            PO Box 788                           PO Box 788
Saint Cloud MN 56302-7999              Kirkland, WA  98083-0788             Kirkland, WA  98083-0788



Quantum3 Group LLC as agent for        RoundPoint Mortgage Servicing Corp.  RoundPoint Mortgage Servicing Corporatio
Genesis FS Card Services Inc           446 Wrenplace Road                   Attn: Bankruptcy
PO Box 788                             Fort Mill, SC 29715-0200             Po Box 19409
Kirkland, WA  98083-0788                                                    Charlotte, NC 28219-9409



Kenneth Steidl                         Syncb/venmo                          Syncb/venmo
Steidl & Steinberg                     Attn: Bankruptcy                     Po Box 965015
Suite 2830 Gulf Tower                  P.O. Box 965015                      Orlando, FL 32896-5015
707 Grant Street                       Orlando, FL 32896-5015
Pittsburgh, PA 15219-1908


Synchrony Bank                         Synchrony Bank                       Synchrony Bank,PPMC
by AIS InfoSource LP as agent          c/o of PRA Receivables Management, LLC  PO Box 965005
Dept. 888                              PO Box 41021                         Orlando, FL 32896-5005
PO Box 4457                            Norfolk, VA 23541-1021
Houston, TX  77210-4457


Synchrony Bank/ Care Credit            Synchrony Bank/Amazon                Synchrony Bank/Amazon
950 Forrer Blvd                        Attn: Bankruptcy                     P.O. Box 965015
Dayton, OH 45420-1469                  Po Box 965060                        Orlando, FL 32896-5015
                                       Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Synchrony Bank/Gap DC<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Levin<br>950 Forrer Blvd<br>Dayton, OH 45420-1469 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/PPC<br>PO Box 530975<br>Orlando, FL 32896-0001 | Synchrony Bank/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Score Rewards<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/TJX<br>PO Box 965015<br>Orlando, FL 32896-5015 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| TD Bank USA/Targetcredit<br>PO Box 673<br>Minneapolis, MN 55440-0673 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Tbom/ATLS/ASPIRE<br>5 Concourse Pkwy, Ste 400<br>Atlanta, GA 30328-9114 | U.S. Department of Education c/o Nelnet<br>121 S 13th Street<br>Lincoln, NE 68508-1904 |
| US Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | USDOE/GLELSI<br>2401 International Lane<br>Madison, WI 53704-3121 | Upstart Finance<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 |
| Upstart Finance<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Fl<br>Des Moines, IA 50328-0001 | Wells Fargo Bank NA<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Service<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA<br>Attn: Bankruptcy<br>5 South 20th St<br>Birmingham, AL 35233 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | (d)JPMCB<br>PO Box 15298<br>Wilmington, DE 19850 | (d)JPMCB<br>PO Box 15369<br>Wilmington, DE 19850 |
| Klarna Inc<br>PO Box 206487<br>Attn: Klarna Credit<br>Dallas, TX 75320-6487 | (d)Klarna Inc.<br>PO Box 8116<br>Columbus, OH 43201 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| (d)PNC Bank<br>PO Box 94982<br>Cleveland, OH 44101 | (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| (d)RoundPoint Mortgage Servicing Corporation<br>446 Wrenplace Road<br>Fort Mill, SC 29715 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)Aurora Financial Group, Inc. | (u)Ccholdings |
| (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | (d)Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 |

End of Label Matrix
Mailable recipients   115
Bypassed recipients     6
Total                 121