IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| | ) | Case No. 23-20387 CMB |
| Chadwick S. Darnell | ) | Chapter 13 |
| Lindsey L. Darnell, | ) | Related Docket No. 46 |
| Debtor(s) | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | August 8, 2024 at 9:00 a.m. |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JUNE 28, 2024**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 28, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                          Respectfully submitted,

June 28, 2024                                       /s/ Kenneth Steidl
DATE                                                      Kenneth Steidl, Esquire
                                                          Attorney for the Debtor(s)
                                                          STEIDL & STEINBERG
                                                          Suite 2830 – Gulf Tower
                                                          707 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 391-8000
                                                          ken.steidl@steidl-steinberg.com
                                                          PA I.D. No. 34965

Label Matrix for local noticing
0315-2
Case 23-20387-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Jun 28 15:59:08 EDT 2024

AES/NET
PO Box 61047
Harrisburg, PA 17106-1047

AES/PHEAA
PO Box 61047
Harrisburg, PA 17106-1047

AMEX
PO Box 297871
Fort Lauderdale, FL 33329-7871

Affirm
650 California Street, Floor 12
San Francisco, CA 94108-2716

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
P.o. Box 380901
Bloomington, MN 55438-0901

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226-3416

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Apple Card/GSBank USA
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-0001

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Best Buy/CBNA
50 Northwest Point Rd.
Elk Grove Village, IL 60007-1032

CB Indigo/GF
PO Box 4499
Beaverton, OR 97076-4499

CW Nexus Credit Card Holdings 1, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

CWS/CW/NEXUS
101 Crossways Park Dr. W
Woodbury, NY 11797-2020

Cap1/WMT
PO Box 32193
Salt Lake City, UT 84131

Cap1/WSI
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One Auto Finance
PO Box 259407
Plano, TX 75025-9407

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Denise Carlon
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Citibank
Po Box 6217
Sioux Falls, SD 57117-6217

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117-6497


Comenity Bank/Bonton
PO Box182789
Columbus, OH 43218-2789

Comenity Bank/Pier 1
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Pier 1
Po Box 182789
Columbus, OH 43218-2789


Comenity Capital/Carter
PO Box 182120
Columbus, OH 43218-2120

Commenity Bank/AnnTyler
PO Box 182789
Columbus, OH 43218-2789

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873


Credit One Bank
P.O. Box 98875
Las Vegas, NV 89193-8875

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Chadwick S. Darnell
605 November Drive
Pittsburgh, PA 15239-1175


Lindsey L. Darnell
605 November Drive
Pittsburgh, PA 15239-1175

Department of Education/Nelnet
121 S 13th Street
Lincoln, NE 68508-1904

Discover Bank/Discover Products Inc.
P.O. Box 3025
New Albany OH 43054-3025


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 30939
Salt Lake City, UT 84130-0939

Dollar Bank
2700 Liberty Ave
Pittsburgh, PA 15222-4700


Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

Dollar Bank
Attn: Bankruptcy
401 Liberty Ave
Pittsburgh, PA 15222-1000

Dollar Bank*
Three Gateway Center
Collections Department
Pittsburgh, PA 15222


Dollar Bank**
300 West Tuscarawas Street
Canton, OH 44702-1911

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408


(p)BERNSTEIN BURKLEY PC
ATTN KERI EBECK
601 GRANT STREET
9TH FLOOR
PITTSBURGH PA 15219-4430

Feb Destiny/ GF
15220 NW Greenbrier pkwy
Beaverton, OR 97006-5744

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145


First Premier Bank
601 S Minnesota Ave.
Sioux Falls, SD 57104-4868

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176-0379

```
Goldman Sachs Bank USA/Apple          Internal Revenue Service***         JPMorgan Chase Bank, N.A.
Lockbox 6112                          PO Box 7346                         s/b/m/t Chase Bank USA, N.A.
Philadelphia, PA 19170-0001           Philadelphia, PA 19101-7346         c/o National Bankruptcy Services, LLC
                                                                          P.O. Box 9013
                                                                          Addison, Texas 75001-9013


(p)KLARNA INC                         Kohls/Capone                        LVNV Funding, LLC
ATTN BANKRUPTCY                       N56 Ridgewood Dr.                   Resurgent Capital Services
PO BOX 8116                           Menomonee Falls, WI 53051           PO Box 10587
COLUMBUS OH 43201-0116                                                    Greenville, SC 29603-0587


(p)DSNB MACY S                        Macys/fdsb                          Merrick Bank
CITIBANK                              Po Box 6789                         PO Box 9201
1000 TECHNOLOGY DRIVE MS 777          Sioux Falls, SD 57117-6789          Old Bethpage, NY 11804-9001
O FALLON MO 63368-2239


Office of the United States Trustee   PA Department of Revenue            PHEAA
1000 Liberty Avenue                   Bureau of Individual Taxes          PO Box 8147
Suite 1316                            Po Box 28121                        Harrisburg, PA 17105-8147
Pittsburgh, PA 15222-4013             Harrisburg, PA 17128-1210


PRA Receivables Management, LLC       Pennsylvania Department of Revenue  Pennsylvania Dept. of Revenue
PO Box 41021                          Bankruptcy Division                 Department 280946
Norfolk, VA 23541-1021                P.O. Box 280946                     P.O. Box 280946
                                      Harrisburg, PA 17128-0946           ATTN: BANKRUPTCY DIVISION
                                                                          Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC  Premier Bankcard, LLC               Quantum3 Group LLC as agent for
PO BOX 41067                          Jefferson Capital Systems LLC Assignee  Comenity Bank
NORFOLK VA 23541-1067                 Po Box 7999                         PO Box 788
                                      Saint Cloud MN 56302-7999           Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for       Quantum3 Group LLC as agent for     RoundPoint Mortgage Servicing Corp.
Comenity Capital Bank                 Genesis FS Card Services Inc        446 Wrenplace Road
PO Box 788                            PO Box 788                          Fort Mill, SC 29715-0200
Kirkland, WA  98083-0788              Kirkland, WA  98083-0788


RoundPoint Mortgage Servicing Corporatio  Kenneth Steidl                  Syncb/venmo
Attn: Bankruptcy                      Steidl & Steinberg                  Attn: Bankruptcy
Po Box 19409                          Suite 2830 Gulf Tower               P.O. Box 965015
Charlotte, NC 28219-9409              707 Grant Street                    Orlando, FL 32896-5015
                                      Pittsburgh, PA 15219-1908


Syncb/venmo                           Synchrony Bank                      Synchrony Bank
Po Box 965015                         by AIS InfoSource LP as agent       c/o of PRA Receivables Management, LLC
Orlando, FL 32896-5015                Dept. 888                           PO Box 41021
                                      PO Box 4457                         Norfolk, VA 23541-1021
                                      Houston, TX  77210-4457


Synchrony Bank,PPMC                   Synchrony Bank/ Care Credit         Synchrony Bank/Amazon
PO Box 965005                         950 Forrer Blvd                     Attn: Bankruptcy
Orlando, FL 32896-5005                Dayton, OH 45420-1469               Po Box 965060
                                                                          Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Synchrony Bank/Amazon<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Gap DC<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Levin<br>950 Forrer Blvd<br>Dayton, OH 45420-1469 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/PPC<br>PO Box 530975<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Score Rewards<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/TJX<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA/Targetcredit<br>PO Box 673<br>Minneapolis, MN 55440-0673 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Tbom/ATLS/ASPIRE<br>5 Concourse Pkwy, Ste 400<br>Atlanta, GA 30328-9114 |
| U.S. Department of Education c/o Nelnet<br>121 S 13th Street<br>Lincoln, NE 68508-1904 | US Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | USDOE/GLELSI<br>2401 International Lane<br>Madison, WI 53704-3121 |
| Upstart Finance<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 | Upstart Finance<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Fl<br>Des Moines, IA 50328-0001 | Wells Fargo Bank NA<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Service<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA<br>Attn: Bankruptcy<br>5 South 20th St<br>Birmingham, AL 35233 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | (d)JPMCB<br>PO Box 15298<br>Wilmington, DE 19850 | (d)JPMCB<br>PO Box 15369<br>Wilmington, DE 19850 |
| Klarna Inc<br>PO Box 206487<br>Attn: Klarna Credit<br>Dallas, TX 75320-6487 | (d)Klarna Inc.<br>PO Box 8116<br>Columbus, OH 43201 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| (d)PNC Bank<br>PO Box 94982<br>Cleveland, OH 44101 | (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| (d)RoundPoint Mortgage Servicing Corporation<br>446 Wrenplace Road<br>Fort Mill, SC 29715 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)Aurora Financial Group, Inc. |
| (u)Ccholdings | (d)ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | (d)Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | End of Label Matrix<br>Mailable recipients    116<br>Bypassed recipients      8<br>Total                  124 |