IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Chadwick S. Darnell | ) | Case No. 23-20387 CMB |
| Lindsey L. Darnell, | ) | Chapter 13 |
|    Debtor(s) | ) | |
| | ) | |
| | ) | Document No. |
| | ) | |
| Lindsey L. Darnell, | ) | |
|    Movant(s) | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Health Intelligence Company and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 1, 2024 a true and correct copy of the *Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Lindsey L. Darnell
605 November Drive
Pittsburgh, PA 15239

Health Intelligence Company
Attn: Payroll Dept.
200 E Randolph
Suite 3050
Chicago, IL 60601

Date of Service: November 1, 2024                  /s/ Kenneth Steidl
                                                                                Kenneth Steidl, Esquire
                                                                                Attorney for the Debtors
                                                                                STEIDL & STEINBERG
                                                                                436 7th Ave.- Suite 322
                                                                                Koppers Building
                                                                                Pittsburgh, PA 15219
                                                                                (412) 391-8000
                                                                                ken.steidl@steidl-steinberg.com
                                                                                PA I.D. No. 34965