1 Darnell Stipulation Bankruptcy Case # 23-20387-CMB

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Midwest Loan Services as servicer for AURORA FINANCIAL GROUP<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>    Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | |

**SETTLEMENT AND CERTIFICIATION OF COUNSEL REGARDING
TRUSTEE'S MOTION TO PRECLUDE
NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

The undersigned hereby certifies that agreement has been reached with the parties regarding the Trustee's Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses, and Charges, Docket Number 56 filed on October 8, 2024.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

 An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X No other order has been filed pertaining to the subject matter of this agreement.

 The attached document does not require a proposed order.

Dated: November 20, 2024    By: /s/ Christopher A. DeNardo
                Christopher A. DeNardo, 78447
                Heather Riloff, 309906
                Leslie J. Rase, 58365
                Attorney for Midwest Loan Services