1 Darnell Stipulation Bankruptcy Case # 23-20387-CMB

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>  Debtors, | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Midwest Loan Services as servicer for AURORA FINANCIAL GROUP<br>  Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>  Debtors/Respondents, | |
| Ronda J. Winnecour, Trustee<br>  Additional Respondent. | |

## STIPULATION AND ORDER

  AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

  1. This Stipulation shall resolve the Trustee's Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges filed October 08, 2024, Doc. #56.

  2. Aurora Financial Group ("Creditor") will withdrawal the Post-Petition Fee Notice filed on October 13, 2023 under Claim #35.

  3. Debtors' account with Creditor will not be assessed fees in connection with the response/resolution of Trustee's objection, and

  4. Within 30 days of entry of this order with the Court, Creditor will provide an affidavit to both the Trustee and Debtors' counsel indicating the post-petition fees have been waived and no additional attorney fees have added to Debtors' account.

2 Darnell Stipulation Bankruptcy Case # 23-20387-CMB

The parties request that this Honorable Court approve this stipulation.

Dated: 11/18/2024 _____

/s/ Christopher A. DeNardo
_____
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
Attorney for Movant

Dated: 11/18/2024 _____

/s/ Kenneth Steidl with express permission
_____
Kenneth Steidl, Steidl & Steinberg
Attorney for Debtors

Dated: 11/14/2024 _____

/s/Ronda J. Winnecour with express permission
_____
Ronda J. Winnecour
Trustee

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY JUDGE