1 Darnell Stipulation Bankruptcy Case # 23-20387-CMB

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Midwest Loan Services as servicer for AURORA FINANCIAL GROUP<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>    Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | Related to Doc. Nos. 56, 68 |

**STIPULATION AND ORDER**

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1.    This Stipulation shall resolve the Trustee's Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges filed October 08, 2024, Doc. #56.

2.    Aurora Financial Group ("Creditor") will withdrawal the Post-Petition Fee Notice filed on October 13, 2023 under Claim #35.

3.    Debtors' account with Creditor will not be assessed fees in connection with the response/resolution of Trustee's objection, and

4.    Within 30 days of entry of this order with the Court, Creditor will provide an affidavit to both the Trustee and Debtors' counsel indicating the post-petition fees have been waived and no additional attorney fees have added to Debtors' account.

2 Darnell Stipulation Bankruptcy Case # 23-20387-CMB

The parties request that this Honorable Court approve this stipulation.

Dated: 11/18/2024

/s/ Christopher A. DeNardo

Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
Attorney for Movant

Dated: 11/18/2024

/s/ Kenneth Steidl with express permission

Kenneth Steidl, Steidl & Steinberg
Attorney for Debtors

Dated: 11/14/2024

/s/Ronda J. Winnecour with express permission

Ronda J. Winnecour
Trustee

AND NOW, this __25th__ day of __November__, 2024, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

FILED
11/25/24 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CARLOTA M. BÖHM    dmr
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20387-CMB |
| Chadwick S. Darnell | Chapter 13 |
| Lindsey L. Darnell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Chadwick S. Darnell, Lindsey L. Darnell, 605 November Drive, Pittsburgh, PA 15239-1175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Aurora Financial Group  Inc. logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Aurora Financial Group  Inc. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Lindsey L. Darnell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Chadwick S. Darnell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Nov 25, 2024     Form ID: pdf900     Total Noticed: 1

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 7