IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>    Debtors,<br><br>Midwest Loan Services as servicer for AURORA FINANCIAL GROUP<br>    Movant.<br>v.<br><br>Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>    Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER 23-20387-CMB<br><br>CHAPTER 13 |

## MOTION TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Midwest Loan Services as servicer for AURORA FINANCIAL GROUP's Notice of Postpetition Mortgage Fees, Expenses and Charges filed with the Court on October 13, 2023.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>　　Debtors, | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Midwest Loan Services as servicer for AURORA FINANCIAL GROUP<br>　　Movant.<br>v.<br><br>Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>　　Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>　　Additional Respondent. | CHAPTER 13 |

## **O R D E R**

**AND NOW**, this _____ day of _____, 2025, upon consideration of Midwest Loan Services' Motion to Withdraw Notice of Postpetition Mortgage Fees, Expenses and Charges, it is hereby ORDERED and DIRECTED that the Notice of Postpetition Mortgage Fees, Expenses and Charges filed for Claim 35-2 on October 13, 2023 is WITHDRAWN.

BY THE COURT:

_____
HONORABLE CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>　　Debtors, | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Midwest Loan Services as servicer for AURORA FINANCIAL GROUP<br>　　Movant.<br>v.<br><br>Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>　　Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>　　Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

　　I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 23rd day of January, 2025:

Chadwick S. Darnell a/k/a Chad S. Darnell
605 November Drive
Pittsburgh, PA 15239

Lindsey L. Darnell
605 November Drive
Pittsburgh, PA 15239

Kenneth Steidl, Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com