IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>　　Debtors | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>　　Movant | CHAPTER 13 |
| v. | Related to Doc. 73 |
| Aurora Financial Group, Inc.,<br>　　Respondents. | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
RESPONSE DEADLINE FOR TRUSTEE'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

The undersigned hereby certifies that agreement has been reached between the Movant and Respondent regarding the Response Deadline for the Motion to Compel Production of Documents and for Sanctions filed by the Movant on January 10, 2025.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐　An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☒　No other order has been filed pertaining to the subject matter of this agreement.

☐　The attached document does not require a proposed order.

Dated: January 24, 2025　　　　　　　　By:　/s/ Christopher A. DeNardo
　　　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo
　　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　　985 Old Eagle School Road, Suite 514
　　　　　　　　　　　　　　　　　　　　　　Wayne, PA  19087
　　　　　　　　　　　　　　　　　　　　　　(610) 278-6800
　　　　　　　　　　　　　　　　　　　　　　cdenardo@logs.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Respondent

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>　　　Debtors | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>　　　Movant<br>v. | CHAPTER 13<br><br>Related to Doc. 73 |
| Aurora Financial Group, Inc.,<br>　　　Respondents. | |

**CONSENT ORDER EXTENDING RESPONSE DEADLINE FOR
TRUSTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR
SANCTIONS**

　　1.　This matter pertains to the Motion to Compel Production of Documents in accordance with the Order dated November 25, 2024, and for Sanctions filed by the Chapter 13 Trustee.

　　2.　Respondent, Midwest Loan Services as Servicer for Aurora Financial Group, Inc., is in the process of complying with the November 25, 2024 Order and anticipates full compliance in the near future.

　　3.　For that reason, Respondent has requested an extension of time to file a response to the Trustee's Motion, and the Trustee's office has consented to the request.

　　4.　For this reason, the response deadline for the Trustee's Motion to Compel Production of Documents in accordance with the Order dated November 25, 2024 and for Sanctions is changed from **January 27, 2025** to **February 3, 2025**.

So ORDERED, this _____ day of _____, 2025.

                                              Carlota M. Böhm
                                              United States Bankruptcy Judge

AGREED TO:

/s/ James Warmbrodt w/express permission
James Warmbrodt, Esquire
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5666
jwarmbrodt@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee


/s/ Christopher A. DeNardo
Christopher A. DeNardo
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA  19087
(610) 278-6800
cdenardo@logs.com
Attorney for Respondent