IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Chadwick S. Darnell | ) | Case No. 23-20387 CMB |
| Lindsey L. Darnell, | ) | Chapter 13 |
|    Debtor(s) | ) | |
| | ) | |
| | ) | Document No. |
| | ) | |
| Lindsey L. Darnell, | ) | |
|    Movant(s) | ) | |
| | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| Health Intelligence Company and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent(s) | ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on January 29, 2025 a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
Lindsey L. Darnell
605 November Drive
Pittsburgh, PA 15239

Health Intelligence Company
Attn: Payroll Dept.
200 E Randolph
Suite 3050
Chicago, IL 60601

| | |
|---|---|
| Date of Service: January 29, 2025 | /s/ Kenneth Steidl<br>Kenneth Steidl, Esquire<br>Attorney for the Debtors<br>STEIDL & STEINBERG<br>436 7th Ave.- Suite 322<br>Koppers Building<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>ken.steidl@steidl-steinberg.com<br>PA I.D. No. 34965 |