IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chadwick S. Darnell a/k/a Chad S. Darnell and Lindsey L. Darnell<br>    Debtors | BANKRUPTCY CASE NUMBER<br>23-20387-CMB |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant | CHAPTER 13 |
| v. | Related to Doc. 73, 89 |
| Aurora Financial Group, Inc.,<br>    Respondents. | |

**CONSENT ORDER EXTENDING RESPONSE DEADLINE FOR
TRUSTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR
SANCTIONS**

1. This matter pertains to the Motion to Compel Production of Documents in accordance with the Order dated November 25, 2024, and for Sanctions filed by the Chapter 13 Trustee.

2. Respondent, Midwest Loan Services as Servicer for Aurora Financial Group, Inc., is in the process of complying with the November 25, 2024 Order and anticipates full compliance in the near future.

3. For that reason, Respondent has requested an extension of time to file a response to the Trustee's Motion, and the Trustee's office has consented to the request.

4. For this reason, the response deadline for the Trustee's Motion to Compel Production of Documents in accordance with the Order dated November 25, 2024 and for Sanctions is changed from **January 27, 2025** to **February 3, 2025**.

So ORDERED, this <u>27th</u> day of <u>January</u>, 2025.

_____
Carlota M. Böhm
United States Bankruptcy Judge

dmr

AGREED TO:

/s/ James Warmbrodt w/express permission
James Warmbrodt, Esquire
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5666
jwarmbrodt@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

FILED
1/27/25 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Christopher A. DeNardo
Christopher A. DeNardo
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA  19087
(610) 278-6800
cdenardo@logs.com
Attorney for Respondent

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20387-CMB |
| Chadwick S. Darnell | Chapter 13 |
| Lindsey L. Darnell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chadwick S. Darnell, Lindsey L. Darnell, 605 November Drive, Pittsburgh, PA 15239-1175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Aurora Financial Group Inc. logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Aurora Financial Group Inc. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Lindsey L. Darnell julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Chadwick S. Darnell julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7