IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Chadwick S. Darnell | : | Case No. 23-20387-CMB |
| Lindsey L. Darnell | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Aurora Financial Group, Inc. | : | |
| Respondent(s) | : | |

<u>WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL PRODUCTION OF
DOCUMENTS IN ACCORDANCE WITH THE ORDER DATED NOVEMBER 25,
2024, AND FOR SANCTIONS</u>

The Motion to Compel that was filed in the above-referenced case on January 10, 2025 (document #73) is hereby WITHDRAWN.  The hearing scheduled for February 12, 2025, is hereby CANCELED.

Respectfully submitted,

<u>1/30/2025</u>                          <u>/s/Ronda J. Winnecour</u>
Date                                  Ronda J. Winnecour (PA I.D. #30399)
                                      Attorney and Chapter 13 Trustee
                                      U.S. Steel Tower – Suite 3250
                                      600 Grant Street
                                      Pittsburgh, PA  15219
                                      (412) 471-5566
                                      cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Chadwick S. Darnell                          :        Case No. 23-20387-CMB
Lindsey L. Darnell                           :        Chapter 13
            Debtor(s)                        :
                                             :
Ronda J. Winnecour, Chapter 13               :
Trustee                                      :
            Movant                           :
                                             :
    vs.                                      :
                                             :        Related to Doc. No. 71
Aurora Financial Group, Inc.                 :
            Respondent(s)                    :

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date shown below, I served a true and correct

copy of the foregoing pleading upon the following, by regular United States mail,

postage prepaid:

Marta E. Villacorta
Assistant U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

Chadwick S. Darnell
Lindsey L. Darnell
605 November Drive
Pittsburgh, PA  15239

Kenneth Steidl, Esquire
Steidl & Steinberg
707 Grant Street, Suite 2830
Pittsburgh, PA  15219

Aurora Financial Group, Inc.
c/o Midwest Loan Services
PO Box 209
Hancock, MI  49930

Aurora Financial Group, Inc.
c/o Midwest Loan Services
400 Quincy Street, Floor 6
Hancock, MI  49930

LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA  19087


<u>1/30/2025</u>                          <u>/s/ Renee Ward</u>
Date                              Administrative Assistant
                                 Office of the Chapter 13 Trustee
                                 US Steel Tower – Suite 3250
                                 600 Grant Street
                                 Pittsburgh, PA  15219
                                 cmecf@chapter13trusteewdpa.com