**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/19/2025

IN RE:

CHADWICK S. DARNELL
LINDSEY L. DARNELL
605 NOVEMBER DRIVE
PITTSBURGH, PA 15239
XXX-XX-6032          Debtor(s)

XXX-XX-6082

Case No.23-20387 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/19/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 0553 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(\*)**<br>PAYMENT PROCESSING CENTER\*<br>PO BOX 660618<br><br>DALLAS, TX  75266-0618 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL\*ALLY FNNCL/PL\*721.20x(60+2)=LMT\*W/82 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 4952 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX  77210 | Trustee Claim Number:6   INT %:  10.30%<br>Court Claim Number:24<br><br>CLAIM:  28,802.05<br>COMMENT:  CL24GOV@10.3%~PMT/CONF\*590.88/MO@LTCD/PL\*W/83\*DK!! | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 4613 |
| **AURORA FINANCIAL GROUP INC**<br>C/O MIDWEST LOAN SERVICES<br>PO BOX 209<br><br>HANCOCK, MI  49930 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:35-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL\*DK4LMT\*BGN 3/23\*AMD\*FR AURORA/RNDPT-DOC49 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5737 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:4-2<br><br>CLAIM:  40,900.09<br>COMMENT:  6032; 6082\*$CL-PL\*18,-21/SCH-PL\*19-21/CL\*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 6032 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA  17128-0946 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  98.94<br>COMMENT:  $CL-PL\*21/SCH-PL\*19,21/CL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 6032 |
| **AES**<br>PO BOX 61047<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0487 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 0.00<br>COMMENT: DEFERRED/PL*CL=2378.45*X0487/SCH*FR PHEAA-DOC 36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6082 |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA 94108 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: QPSA |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 21 | CLAIM: 1,156.64<br>COMMENT: X3543/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 8,543.20<br>COMMENT: X2543/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **APPLE CARD**<br>PO BOX 7247<br>PHILADELPHIA, PA 19170 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: GS BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **APPLE CARD**<br>PO BOX 7247<br>PHILADELPHIA, PA 19170 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: GS BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 31 | CLAIM: 2,027.40<br>COMMENT: X3535/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4716 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 3,643.79<br>COMMENT: X3220/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9259 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WSI/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0430 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 25 | CLAIM: 1,354.03<br>COMMENT: X2012/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4964 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  397.14<br>COMMENT:  X4348/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0846 |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  1,035.19<br>COMMENT:  CC HOLDINGS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7623 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  2,846.56<br>COMMENT:  X7008/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5035 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:41<br>CLAIM:  2,432.74<br>COMMENT:  X1943/SCH*CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9606 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:46<br>CLAIM:  1,094.05<br>COMMENT:  CITIBANK/THE HOME DEPOT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2009 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:37<br>CLAIM:  845.60<br>COMMENT:  X1701/SCH*BON TON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5489 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:38<br>CLAIM:  879.09<br>COMMENT:  PIER ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3493 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:39<br>CLAIM:  786.69<br>COMMENT:  X8840/SCH*CARTERS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5525 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:42<br>CLAIM:  988.41<br>COMMENT:  X8850/SCH*ANN TAYLOR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5443 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:27<br>CLAIM:  1,643.50<br>COMMENT:  X9337/SCH*CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2028 |

| Creditor | Trustee Claim # | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|
| **CREDIT ONE BANK**<br>PO BOX 98875<br>LAS VEGAS, NV 89193 | 31 | | UNSECURED CREDITOR | 4796 | 0.00 | |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603 | 32 | 6 | UNSECURED CREDITOR | 4346 | 990.06 | X9311/SCH*MERRICK |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603 | 33 | | UNSECURED CREDITOR | 9311 | 0.00 | NT ADR/SCH |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | 34 | 8 | UNSECURED CREDITOR | 6082 | 0.00 | DEFERRED/PL*CL=24885.58 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | 35 | | UNSECURED CREDITOR | 9000 | 0.00 | DEFERRED/PL*DOE/SCH |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | 36 | | UNSECURED CREDITOR | 0000 | 0.00 | DEFERRED/PL*DOE/SCH |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | 37 | | UNSECURED CREDITOR | 0000 | 0.00 | DEFERRED/PL*DOE/SCH |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | 38 | | UNSECURED CREDITOR | 0000 | 0.00 | DEFERRED/PL*DOE/SCH |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | 39 | | UNSECURED CREDITOR | 4169 | 0.00 | |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | 40 | | UNSECURED CREDITOR | 7909 | 0.00 | |

All Trustee Claims show INT %: 0.00%.

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7590 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 354.80<br>COMMENT: X2211/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5801 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 1,459.95<br>COMMENT: REF 3693335786 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3256 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 33<br>CLAIM: 939.40<br>COMMENT: REF 3693335903*X7800/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1056 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 36<br>CLAIM: 1,282.22<br>COMMENT: REF 3693335760*X7800/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1742 |
| **GOLDMAN SACHS BANK USA**<br>111 MAIN ST 8TH FL<br><br>SALT LAKE CITY, UT 84101 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~APPLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7188 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6690 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6684 |
| **KLARNA CREDIT**<br>PO BOX 206487<br><br>DALLAS, TX 75320-6487 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7265 |
| **KOHLS DEPARTMENT STORE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br><br>DALLAS, TX 75380 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9305 |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIBANK NA\*\***<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND, WA 98083-0280 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 1,356.53<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1684 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8935 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 30 | CLAIM: 3,800.63<br>COMMENT: X8123/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1085 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 29 | CLAIM: 3,902.03<br>COMMENT: X8915/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6340 |
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~VENMO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6842 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 26 | CLAIM: 795.86<br>COMMENT: X1853/SCH\*PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6113 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 43 | CLAIM: 982.79<br>COMMENT: X1918/SCH\*CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0542 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 44 | CLAIM: 457.21<br>COMMENT: AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1688 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 45 | CLAIM: 1,184.18<br>COMMENT: X4578/SCH\*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0666 |
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~GAP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1859 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:61 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~LEVIN/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1919 |
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:62 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9322 |
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:63 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9121 |
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:64 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~PPC/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4419 |
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:65 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~SAMS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4599 |
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:66 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~SCORE RWRDS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4414 |
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:67 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~TJX/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4585 |
| **TD BANK USA NA**** C/O WEINSTEIN & RILEY PS(*) PO BOX 93024 LAS VEGAS, NV 89193-3024 | Trustee Claim Number:68 INT %: 0.00% Court Claim Number:18 CLAIM: 670.96 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9324 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number:69 INT %: 0.00% Court Claim Number:34 CLAIM: 470.69 COMMENT: X0114/SCH*THE BANK OF MISSOURI | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8752 |
| **TD BANK USA NA**** C/O WEINSTEIN & RILEY PS(*) PO BOX 93024 LAS VEGAS, NV 89193-3024 | Trustee Claim Number:70 INT %: 0.00% Court Claim Number:10 CLAIM: 1,517.28 COMMENT: X5975/SCH*TARGET | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5488 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:71  INT %: 0.00%<br>Court Claim Number:47<br><br>CLAIM: 1,001.98<br>COMMENT: X3532/SCH*CITI/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0402 |
| **UPSTART NETWORK**<br>PO BOX 1931<br><br>BURLINGAME, CA 94011 | Trustee Claim Number:72  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 4,485.67<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3834 |
| **UPSTART NETWORK**<br>PO BOX 1931<br><br>BURLINGAME, CA 94011 | Trustee Claim Number:73  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 5,258.88<br>COMMENT: X0636/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3690 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR 97208 | Trustee Claim Number:74  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*X9581/SCH*CL=5570.96 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6032 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br><br>DES MOINES, IA 50306 | Trustee Claim Number:75  INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 903.00<br>COMMENT: X3795/SCH*631282734 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2734 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br><br>DES MOINES, IA 50306 | Trustee Claim Number:76  INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 706.50<br>COMMENT: X6542/SCH*623509989 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9989 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:77  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ND ADR~KAREN GEORGE/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:78  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 303.10<br>COMMENT: ...3873*NO GEN UNS/SCH*19,21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6032 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:79  INT %: 0.00%<br>Court Claim Number:4-2<br><br>CLAIM: 15,709.65<br>COMMENT: NO GEN UNS/SCH*19,21*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6082 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:80  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AURORA LOAN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| JPMORGAN CHASE BANK NA S/B/M/T CHASE B/<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 81  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,018.26<br>COMMENT: NT/SCH*DISNEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1994 |
| ALLY BANK(*)<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Trustee Claim Number: 82  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,456.25<br>COMMENT: $CL-PL@ALLY FINANCIAL*ARRS*W/5 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4952 |
| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number: 83  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: PIF@6 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4613 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 84  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 2,378.43<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4677 |
| VERIZON BY AMERICAN INFOSOURCE AS AGEN<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 85  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 118.47<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| AURORA FINANCIAL GROUP INC<br>C/O MIDWEST LOAN SERVICES<br>PO BOX 209<br>HANCOCK, MI 49930 | Trustee Claim Number: 86  INT %: 0.00%<br>Court Claim Number: 35-2<br>CLAIM: 10,662.91<br>COMMENT: $CL-PL@ROUNDPOINT*THRU 2/23*AMD*FR AURORA/ROUNDPNT-DOC 49 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5737 |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 87  INT %: 0.00%<br>Court Claim Number: 40<br>CLAIM: 0.00<br>COMMENT: NT/SCH*BANK OF AMERICA*STALE CL@ $6735.76 W/D*DOC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2321 |
| AURORA FINANCIAL GROUP INC<br>C/O MIDWEST LOAN SERVICES<br>PO BOX 209<br>HANCOCK, MI 49930 | Trustee Claim Number: 88  INT %: 0.00%<br>Court Claim Number: 35-2<br>CLAIM: 0.00<br>COMMENT: PAY/CONF*NT PROV/PL*FEE/EXP INCURRED 4/19/23*FR AURORA/ROUNDPNT-DOC | CRED DESC: POST PETITION FEE NOTICE<br>ACCOUNT NO.: 5737 |
| INTERNAL REVENUE SERVICE*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 89  INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 10,194.24<br>COMMENT: $CL-PL*TAX YR 2023*AMD | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6032 |