IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-20387-CMB |
| | ) | Chapter 13 |
| Chadwick S. Darnell | ) | |
| Lindsey L. Darnell, | ) | Docket No. |
| | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Chadwick S. Darnell | ) | |
| Lindsey L. Darnell , | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Trautman & Associates LLC
1051 Brinton Road, Suite 302
Pittsburgh PA 15205

                                                           Respectfully submitted,

<u>July 2, 2025</u>                                                     /s/ Kenneth Steidl_____
DATE                                                           Kenneth Steidl, Esquire
                                                                Attorney for the Debtor(s)
                                                                STEIDL & STEINBERG
                                                               436 Seventh Avenue
                                                                Suite 322
                                                                Pittsburgh, PA  15219
                                                                (412) 391-8000
                                                                ken.steidl@steidl-steinberg.com
                                                                PA I.D. No.34965

**PAWB Local Form 30 (07/13)**