# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

07/08/2025

IN RE:

| | |
|---|---|
| CHADWICK S. DARNELL | Case No.23-20387 CMB |
| LINDSEY L. DARNELL | |
| 605 NOVEMBER DRIVE | Chapter 13 |
| PITTSBURGH,  PA  15239 | |
| XXX-XX-6032          Debtor(s) | |

XXX-XX-6082

---

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/8/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK**\*\* | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 0553 |
| PO BOX 41021 | | | |
| | CLAIM: 0.00 | | |
| NORFOLK, VA 23541 | COMMENT: LOWES/PRAE | | |

| | | | |
|---|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | | |
| | CLAIM: 0.00 | | |
| OKLAHOMA CITY, OK 73118 | COMMENT: CAP 1 AUTO/PRAE | | |

| | | | |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | | |
| | CLAIM: 0.00 | | |
| OKLAHOMA CITY, OK 73118 | COMMENT: ALLY BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **ALLY BANK**(\*) | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: VEHICLE |
| PAYMENT PROCESSING CENTER\* | Court Claim Number:19 | | ACCOUNT NO.: 4952 |
| PO BOX 660618 | | | |
| | CLAIM: 0.00 | | |
| DALLAS, TX 75266-0618 | COMMENT: PMT/PL-CL\*ALLY FNNCL/PL\*721.20x(60+2)=LMT\*W/82 | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE** | Trustee Claim Number:6 | INT %: 10.30% | CRED DESC: VEHICLE |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:24 | | ACCOUNT NO.: 4613 |
| PO BOX 4360 | | | |
| | CLAIM: 28,802.05 | | |
| HOUSTON, TX 77210 | COMMENT: CL24GOV@10.3%~PMT/CONF\*590.88/MO@LTCD/PL\*W/83\*DK!! | | |

| | | | |
|---|---|---|---|
| **AURORA FINANCIAL GROUP INC** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O MIDWEST LOAN SERVICES | Court Claim Number:35-2 | | ACCOUNT NO.: 5737 |
| PO BOX 209 | | | |
| | CLAIM: 0.00 | | |
| HANCOCK, MI 49930 | COMMENT: PMT/DECL\*DK4LMT\*BGN 3/23\*AMD\*FR AURORA/RNDPT-DOC49 | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE**\* | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4-2 | | ACCOUNT NO.: 6032 |
| PO BOX 7317 | | | |
| | CLAIM: 40,900.09 | | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: 6032; 6082\*$CL-PL\*18,-21/SCH-PL\*19-21/CL\*AMD | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE**\* | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:1 | | ACCOUNT NO.: 6032 |
| PO BOX 280946 | | | |
| | CLAIM: 98.94 | | |
| HARRISBURG, PA 17128-0946 | COMMENT: $CL-PL\*21/SCH-PL\*19,21/CL | | |

| | | | |
|---|---|---|---|
| **AES**++ | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 61047 | Court Claim Number: | | ACCOUNT NO.: 0487 |
| | CLAIM: 0.00 | | |
| HARRISBURG, PA 17106 | COMMENT: NCT/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:11   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:9 | ACCOUNT NO.:  6082 |
| PO BOX 16478 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116-0478 | COMMENT:  DEFERRED/PL*CL=2378.45*X0487/SCH*FR PHEAA-DOC 36 | |

| | | |
|---|---|---|
| **AFFIRM** | Trustee Claim Number:12   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 650 CALIFORNIA ST | Court Claim Number: | ACCOUNT NO.:  QPSA |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94108 | COMMENT: | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:13   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:21 | ACCOUNT NO.:  1009 |
| PO BOX 3001 | | |
| | CLAIM:  1,156.64 | |
| MALVERN, PA  19355-0701 | COMMENT:  X3543/SCH | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:14   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:17 | ACCOUNT NO.:  1003 |
| PO BOX 3001 | | |
| | CLAIM:  8,543.20 | |
| MALVERN, PA  19355-0701 | COMMENT:  X2543/SCH | |

| | | |
|---|---|---|
| **APPLE CARD** | Trustee Claim Number:15   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 7247 | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19170 | COMMENT:  GS BANK/SCH | |

| | | |
|---|---|---|
| **APPLE CARD** | Trustee Claim Number:16   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 7247 | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19170 | COMMENT:  GS BANK/SCH | |

| | | |
|---|---|---|
| **CITIBANK NA**** | Trustee Claim Number:17   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:31 | ACCOUNT NO.:  4716 |
| | CLAIM:  2,027.40 | |
| LOUISVILLE, KY  40213-3439 | COMMENT:  X3535/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:18   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:5 | ACCOUNT NO.:  9259 |
| | CLAIM:  3,643.79 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  X3220/SCH*SYNCHRONY | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:19   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  0430 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR~WSI/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:20   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:25 | ACCOUNT NO.:  4964 |
| | CLAIM:  1,354.03 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  X2012/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:21   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:14 | ACCOUNT NO.:  0846 |
| PO BOX 2489 | | |
| | CLAIM:  397.14 | |
| KIRKLAND, WA  98083-2489 | COMMENT: X4348/SCH | |

| | | |
|---|---|---|
| **CW NEXUS CREDIT CARD HOLDINGS I LLC** | Trustee Claim Number:22   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:7 | ACCOUNT NO.:  7623 |
| PO BOX 10368 | | |
| | CLAIM:  1,035.19 | |
| GREENVILLE, SC  29603 | COMMENT:  CC HOLDINGS | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA** | Trustee Claim Number:23   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:15 | ACCOUNT NO.:  5035 |
| PO BOX 15368 | | |
| | CLAIM:  2,846.56 | |
| WILMINGTON, DE  19850 | COMMENT: X7008/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:24   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:41 | ACCOUNT NO.:  9606 |
| PO BOX 10587 | | |
| | CLAIM:  2,432.74 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X1943/SCH*CITIBANK | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:25   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:46 | ACCOUNT NO.:  2009 |
| | CLAIM:  1,094.05 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/THE HOME DEPOT | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:26   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2489 | Court Claim Number:37 | ACCOUNT NO.:  5489 |
| | CLAIM:  845.60 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X1701/SCH*BON TON | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:27   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2489 | Court Claim Number:38 | ACCOUNT NO.:  3493 |
| | CLAIM:  879.09 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  PIER ONE | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:28   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:39 | ACCOUNT NO.:  5525 |
| PO BOX 2489 | | |
| | CLAIM:  786.69 | |
| KIRKLAND, WA  98083-2489 | COMMENT: X8840/SCH*CARTERS | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:29   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2489 | Court Claim Number:42 | ACCOUNT NO.:  5443 |
| | CLAIM:  988.41 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X8850/SCH*ANN TAYLOR | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:30   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:27 | ACCOUNT NO.:  2028 |
| PO BOX 10587 | | |
| | CLAIM:  1,643.50 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X9337/SCH*CREDIT ONE | |

**CLAIM RECORDS**

| CREDITOR | Trustee Claim Info | Account Info |
|---|---|---|
| **CREDIT ONE BANK**<br>PO BOX 98875<br><br>LAS VEGAS, NV 89193 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4796 |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br><br>GREENVILLE, SC 29603 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 990.06<br>COMMENT: X9311/SCH*MERRICK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4346 |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br><br>GREENVILLE, SC 29603 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9311 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR 97208 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*CL=24885.58 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6082 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE 68508 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*DOE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9000 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE 68508 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*DOE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE 68508 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*DOE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE 68508 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*DOE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CL @ 84 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4169 |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7909 |

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **DOLLAR BANK FSB(\*)** | Trustee Claim Number:41 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| ATTN CONSUMER DEFAULT MANAGEMENT | Court Claim Number: | | ACCOUNT NO.: 7590 |
| PO BOX 3969 | | | |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15230 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:42 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:13 | | ACCOUNT NO.: 5801 |
| PO BOX 2489 | | | |
| | CLAIM: 354.80 | | |
| KIRKLAND, WA 98083-2489 | COMMENT: X2211/SCH | | |

| | | | |
|---|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:43 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:32 | | ACCOUNT NO.: 3256 |
| PO BOX 772813 | | | |
| | CLAIM: 1,459.95 | | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3693335786 | | |

| | | | |
|---|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:44 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:33 | | ACCOUNT NO.: 1056 |
| PO BOX 772813 | | | |
| | CLAIM: 939.40 | | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3693335903*X7800/SCH | | |

| | | | |
|---|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:45 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:36 | | ACCOUNT NO.: 1742 |
| PO BOX 772813 | | | |
| | CLAIM: 1,282.22 | | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3693335760*X7800/SCH | | |

| | | | |
|---|---|---|---|
| **GOLDMAN SACHS BANK USA** | Trustee Claim Number:46 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 111 MAIN ST 8TH FL | Court Claim Number: | | ACCOUNT NO.: 7188 |
| | CLAIM: 0.00 | | |
| SALT LAKE CITY, UT 84101 | COMMENT: NT ADR~APPLE/SCH | | |

| | | | |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:47 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | | ACCOUNT NO.: 6690 |
| | CLAIM: 0.00 | | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:48 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | | ACCOUNT NO.: 6684 |
| | CLAIM: 0.00 | | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **KLARNA CREDIT** | Trustee Claim Number:49 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 206487 | Court Claim Number: | | ACCOUNT NO.: 7265 |
| | CLAIM: 0.00 | | |
| DALLAS, TX 75320-6487 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **KOHLS DEPARTMENT STORE** | Trustee Claim Number:50 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number: | | ACCOUNT NO.: 9305 |
| PO BOX 800849 | | | |
| | CLAIM: 0.00 | | |
| DALLAS, TX 75380 | COMMENT: NT ADR/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:51   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:12 | ACCOUNT NO.:  1684 |
| PO BOX 280 | | |
| | CLAIM:  1,356.53 | |
| KIRKLAND, WA  98083-0280 | COMMENT:  MACYS | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:52   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS\*\* | Court Claim Number: | ACCOUNT NO.:  8935 |
| POB 10368 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:53   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94982 | Court Claim Number:30 | ACCOUNT NO.:  1085 |
| | CLAIM:  3,800.63 | |
| CLEVELAND, OH  44101 | COMMENT:  X8123/SCH | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:54   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94982 | Court Claim Number:29 | ACCOUNT NO.:  6340 |
| | CLAIM:  3,902.03 | |
| CLEVELAND, OH  44101 | COMMENT:  X8915/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:55   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  6842 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~VENMO/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:56   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:26 | ACCOUNT NO.:  6113 |
| PO BOX 10587 | | |
| | CLAIM:  795.86 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X1853/SCH\*PAYPAL | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - AG** | Trustee Claim Number:57   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:43 | ACCOUNT NO.:  0542 |
| | CLAIM:  982.79 | |
| HOUSTON, TX  77210-4457 | COMMENT:  X1918/SCH\*CARE CREDIT | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - AG** | Trustee Claim Number:58   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:44 | ACCOUNT NO.:  1688 |
| | CLAIM:  457.21 | |
| HOUSTON, TX  77210-4457 | COMMENT:  AMAZON | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - AG** | Trustee Claim Number:59   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:45 | ACCOUNT NO.:  0666 |
| | CLAIM:  1,184.18 | |
| HOUSTON, TX  77210-4457 | COMMENT:  X4578/SCH\*AMAZON | |

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:60   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  1859 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~GAP/SCH | |

**CLAIM RECORDS**

| SYNCHRONY BANK** | Trustee Claim Number:61   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 1919 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~LEVIN/SCH | |

| SYNCHRONY BANK** | Trustee Claim Number:62   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9322 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~LOWES/SCH | |

| SYNCHRONY BANK** | Trustee Claim Number:63   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9121 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~LOWES/SCH | |

| SYNCHRONY BANK** | Trustee Claim Number:64   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4419 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~PPC/SCH | |

| SYNCHRONY BANK** | Trustee Claim Number:65   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4599 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~SAMS/SCH | |

| SYNCHRONY BANK** | Trustee Claim Number:66   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4414 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~SCORE RWRDS/SCH | |

| SYNCHRONY BANK** | Trustee Claim Number:67   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4585 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~TJX/SCH | |

| TD BANK USA NA** | Trustee Claim Number:68   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:18 | ACCOUNT NO.: 9324 |
| PO BOX 93024 | | |
| | CLAIM: 670.96 | |
| LAS VEGAS, NV  89193-3024 | COMMENT: | |

| PORTFOLIO RECOVERY ASSOCIATES LLC | Trustee Claim Number:69   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:34 | ACCOUNT NO.: 8752 |
| | CLAIM: 470.69 | |
| NORFOLK, VA  23541 | COMMENT: X0114/SCH*THE BANK OF MISSOURI | |

| TD BANK USA NA** | Trustee Claim Number:70   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:10 | ACCOUNT NO.: 5488 |
| PO BOX 93024 | | |
| | CLAIM: 1,517.28 | |
| LAS VEGAS, NV  89193-3024 | COMMENT: X5975/SCH*TARGET | |

CLAIM RECORDS

| PORTFOLIO RECOVERY ASSOCIATES LLC | Trustee Claim Number:71   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:47 | ACCOUNT NO.:  0402 |
| | CLAIM:  1,001.98 | |
| NORFOLK, VA  23541 | COMMENT: X3532/SCH*CITI/HOME DEPOT | |

| UPSTART NETWORK | Trustee Claim Number:72   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 1931 | Court Claim Number:3 | ACCOUNT NO.:  3834 |
| | CLAIM:  4,485.67 | |
| BURLINGAME, CA  94011 | COMMENT: | |

| UPSTART NETWORK | Trustee Claim Number:73   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 1931 | Court Claim Number:2 | ACCOUNT NO.:  3690 |
| | CLAIM:  5,258.88 | |
| BURLINGAME, CA  94011 | COMMENT:  X0636/SCH | |

| US DEPARTMENT OF EDUCATION | Trustee Claim Number:74   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O NELNET | Court Claim Number:11 | ACCOUNT NO.:  6032 |
| PO BOX 2837 | | |
| | CLAIM:  0.00 | |
| PORTLAND, OR  97208 | COMMENT:  DEFERRED/PL*X9581/SCH*CL=5570.96 | |

| WELLS FARGO BANK NA | Trustee Claim Number:75   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O WELLS FARGO CARD SERVICES | Court Claim Number:23 | ACCOUNT NO.:  2734 |
| PO BOX 9210 | | |
| | CLAIM:  903.00 | |
| DES MOINES, IA  50306 | COMMENT:  X3795/SCH*631282734 | |

| WELLS FARGO BANK NA | Trustee Claim Number:76   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O WELLS FARGO CARD SERVICES | Court Claim Number:20 | ACCOUNT NO.:  9989 |
| PO BOX 9210 | | |
| | CLAIM:  706.50 | |
| DES MOINES, IA  50306 | COMMENT:  X6542/SCH*623509989 | |

| CREDITOR INFORMATION MISSING OR VAGUE | Trustee Claim Number:77   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| NEED VERIFICATION | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| | COMMENT:  ND ADR~KAREN GEORGE/SCH H | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:78   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DIVISION | Court Claim Number:1 | ACCOUNT NO.:  6032 |
| PO BOX 280946 | | |
| | CLAIM:  303.10 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  ...3873*NO GEN UNS/SCH*19,21 | |

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:79   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4-2 | ACCOUNT NO.:  6082 |
| PO BOX 7317 | | |
| | CLAIM:  15,709.65 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH*19,21*AMD | |

| KML LAW GROUP PC* | Trustee Claim Number:80   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  AURORA LOAN/PRAE | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA** | Trustee Claim Number:81   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:16 | ACCOUNT NO.: 1994 |
| PO BOX 15368 | | |
| | CLAIM: 1,018.26 | |
| WILMINGTON, DE 19850 | COMMENT: NT/SCH*DISNEY | |

| | | |
|---|---|---|
| **ALLY BANK(*)** | Trustee Claim Number:82   INT %: 0.00% | CRED DESC: VEHICLE |
| PAYMENT PROCESSING CENTER* | Court Claim Number:19 | ACCOUNT NO.: 4952 |
| PO BOX 660618 | | |
| | CLAIM: 1,456.25 | |
| DALLAS, TX 75266-0618 | COMMENT: $CL-PL@ALLY FINANCIAL*ARRS*W/5 | |

| | | |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE** | Trustee Claim Number:83   INT %: 0.00% | CRED DESC: VEHICLE |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:24 | ACCOUNT NO.: 4613 |
| PO BOX 4360 | | |
| | CLAIM: 0.00 | |
| HOUSTON, TX 77210 | COMMENT: PIF@6 | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:84   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:22 | ACCOUNT NO.: 4677 |
| PO BOX 3025 | | |
| | CLAIM: 2,378.43 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: SCH@39 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:85   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:28 | ACCOUNT NO.: 0001 |
| | CLAIM: 118.47 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **AURORA FINANCIAL GROUP INC** | Trustee Claim Number:86   INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O MIDWEST LOAN SERVICES | Court Claim Number:35-2 | ACCOUNT NO.: 5737 |
| PO BOX 209 | | |
| | CLAIM: 10,662.91 | |
| HANCOCK, MI 49930 | COMMENT: $CL-PL@ROUNDPOINT*THRU 2/23*AMD*FR AURORA/ROUNDPNT-DOC 49 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:87   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:40 | ACCOUNT NO.: 2321 |
| PO BOX 10587 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*BANK OF AMERICA*STALE CL@ $6735.76 W/D*DOC | |

| | | |
|---|---|---|
| **AURORA FINANCIAL GROUP INC** | Trustee Claim Number:88   INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| C/O MIDWEST LOAN SERVICES | Court Claim Number:35-2 | ACCOUNT NO.: 5737 |
| PO BOX 209 | | |
| | CLAIM: 0.00 | |
| HANCOCK, MI 49930 | COMMENT: PAY/CONF*NT PROV/PL*FEE/EXP INCURRED 4/19/23*FR AURORA/ROUNDPNT-DOC | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:89   INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4-2 | ACCOUNT NO.: 6032 |
| PO BOX 7317 | | |
| | CLAIM: 10,194.24 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: $CL-PL*TAX YR 2023*AMD | |

| | | |
|---|---|---|
| **TRAUTMAN AND ASSOCIATES LLC** | Trustee Claim Number:90   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1051 BRINTON RD STE 302 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205 | COMMENT: /AMD F*7-2-25 | |