IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Chadwick S. Darnell and | ) | Bankruptcy No. 23-20387 CMB |
| Lindsey L. Darnell, | ) | Chapter 13 |
| | ) | Related to Document No(s). 13, |
| Debtors | ) | |
| | ) | |
| Chadwick S. Darnell and | ) | |
| Lindsey L. Darnell | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

# CERTIFICATE OF SERVICE

I, Kenneth Steidl, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on July 9, 2025 I served a copy of:

**AMENDMENT TO SCHEDULES , SCHEDULE ORDER, AND NOTICE OF 341 HEARING**

ON:

Trautman & Associates, LLC
1051 Brinton Road, Suite 302
Pittsburgh, PA 15205

Chadwick & Lindsey Darnell
605 November Drive
Pittsburgh, PA 15239

BY:    Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: July 9, 2025            /s/ Kenneth Steidl
                              Kenneth Steidl, Esquire
                              Steidl & Steinberg, P.C.
                              436 Seventh Avenue, Suite 322
                              Pittsburgh, PA 15219
                              (412) 391-8000
                              PA ID 34965
                              ken.steidl@steidl-steinberg.com