IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Chadwick S. Darnell | ) | Case No. 23-20387 CMB |
| Lindsey L. Darnell, | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| | ) | Motion for WO-1 |
| | ) | |
| Lindsey L. Darnell, | ) | |
| Movant (s) | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Blue Cross Blue Shield Association and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 18, 2026 a true and correct copy of the *Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
Lindsey L. Darnell
605 November Drive
Pittsburgh, PA 15239

Blue Cross Blue Shield Association
Attn: Payroll Dept.
200 E Randolph St
Chicago, IL 60601

Date of Service: March 18, 2026

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
436 7th Ave.- Suite 322
Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965