IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Chadwick S. Darnell | ) | Case No. 23-20387 CMB |
| Lindsey L. Darnell, | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| | ) | Motion for WO-1 |
| | ) | |
| Lindsey L. Darnell, | ) | |
| Movant(s) | ) | |
| | ) | Related to Doc. No. 111 |
| | ) | |
| vs. | ) | |
| | ) | |
| Health Intelligence Company and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___16th___ day of ___March___, 2026, it is

hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting

the wages of Lindsey L. Darnell be terminated immediately.

Employer:

**Health Intelligence Company**
**Attn: Payroll**
**200 E Randolph Suite 3050,**
**Chicago, IL 60601**


_____
Honorable Carlota M. Bohm          **dmr**
U.S. Bankruptcy Judge


FILED
3/16/26 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-20387-CMB

Chadwick S. Darnell                                                                Chapter 13

Lindsey L. Darnell

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: Mar 16, 2026                  Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Chadwick S. Darnell, Lindsey L. Darnell, 605 November Drive, Pittsburgh, PA 15239-1175

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name                              Email Address**

Brent J. Lemon
                          on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                          lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Denise Carlon
                          on behalf of Creditor Aurora Financial Group  Inc. dcarlon@kmllawgroup.com

Heather Stacey Riloff
                          on behalf of Creditor Aurora Financial Group  Inc. logsecf@logs.com

Kenneth Steidl
                          on behalf of Joint Debtor Lindsey L. Darnell julie.steidl@steidl-steinberg.com
                          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

District/off: 0315-2                     User: auto                              Page 2 of 2

Date Rcvd: Mar 16, 2026                  Form ID: pdf900                    Total Noticed: 1

                  on behalf of Debtor Chadwick S. Darnell julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com


TOTAL: 7